PEARL BROWN, Respondent, v. BENNETT STEPHENS, Appellant.— Judgment

* Affd., 254 N. Y. ——.

affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.